**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

MICHAEL HOWARD,                    :    No. 151 EM 2016

        Petitioner              :

           v.                         :

HONORABLE LEON TUCKER, COMMON    :
PLEAS JUDGE, PHILADELPHIA         :
COUNTY,                           :

        Respondent              :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED**. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (explaining that hybrid representation is not permitted).

    The Prothonotary is **DIRECTED** to forward the filings to counsel of record and to strike the name of the jurist from the caption.